FILED

2018 Aug-30  PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **CLYDE S. MOORE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | **Case No.:  5:17-cv-01999-MHH** |
| } | |
| **PALISADES COLLECTION LLC,** } | |
| } | |
| **Defendant.** } | |

## ORDER

Plaintiff  Clyde S. Moore and Defendant Palisades Collection LLC have filed a joint Stipulation of Dismissal.  (Doc. 25).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the putative class members' claims, with each party to bear their own costs and attorneys' fees.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this August 30, 2018

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE